# In the United States District Court
# for the District of Kansas

**United States of America**,
   *Plaintiff*,

v.              Case No. 13-CR-40039-07-JAR

**Kyle Lunnin**
   *Defendant.*

## Order Reducing Term of Imprisonment to Time Served

This matter is before the Court on the Defendant's <u>Motion to Reduce Sentence Under 18 U.S.C. § 3582(c)(1)(A)(i) [Doc. 291]</u> filed on July 16, 2020. The government does not oppose the request and the government agrees the defendant is a proper candidate for immediate release from the Bureau of Prisons.

Mr. Lunnin was sentenced to serve 168 months' imprisonment for one count of conspiracy to possess with intent to distribute more than 500 grams of methamphetamine and 68 kilograms of marijuana, 21 U.S.C. §§ 841(b)(1)(A), 846, and one count of tampering with a witness, 18 U.S.C. § 1512(a)(2)(A). [Doc. 222].

The Court has considered the applicable factors set forth in 18 U.S.C. § 3582(c)(1)(A)(i) and 18 U.S.C. § 3553(a) to modify the defendant's term of

imprisonment to time served. Mr. Lunnin suffers from serious health conditions that place him at greater risk of severe disease from COVID-19 including diabetes and cancer remission, and was hospitalized in February 2020 for severe lymphedema. Furthermore, the defendant has demonstrated to the court that he can abide by conditions of supervision as evidenced by his home plan, which has been approved by the United States Probation Office.

The Court therefore concludes in its discretion that extraordinary and compelling reasons warrant the reduction of the defendant's sentence to time served pursuant to Section 3582(c)(1)(A), and defendant's motion is hereby granted.

**IT IS THEREFORE ORDERED** by the Court that the Defendant's motion for reduction of sentence pursuant to 18 U.S.C. § 3582 [Doc. 291] is hereby granted. The Court reduces Defendant's sentence to time served.

**IT IS FURTHER ORDERED** that Defendant's period of supervised release is extended to August 9, 2025. All previously imposed terms and conditions of supervised release remain in effect.

**IT IS FURTHER ORDERED** that the Court imposes the following additional condition for defendant's period of supervised release: Defendant shall be placed on home confinement until August 9, 2025. During this time, defendant shall remain at his place of residence except for employment; education; religious services; medical, substance abuse, or mental health

treatment; attorney visits; court appearances; court-ordered obligations; or other activities as preapproved by the U.S. Probation Officer. Defendant shall be required to wear a location monitoring device, which will include Radio Frequency, Global Positioning System and/or Random Tracking at the discretion of the probation officer, and defendant shall abide by all technology requirements. Defendant shall follow all location monitoring procedures specified by the probation officer, and defendant must contribute toward the cost, to the extent that he is financially able to do so, as directed by the Court or the probation officer.

Mr. Lunnin shall begin the term of supervised immediately upon his release from the Bureau of Prisons.

**IT IS SO ORDERED**.

Dated this  20th  day of July, 2020, at Kansas City, Kansas.

 s/ Julie A. Robinson 
The Honorable Julie A. Robinson
Chief United States District Court Judge